UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SAMUEL WILLIAM MAINES, | ) | |
| ID # 44442-177, | ) | |
| Movant, | ) | No. 3:13-CV-4631-B-BH |
| vs. | ) | No. 3:12-CR-151-B-1 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is ORDERED, ADJUDGED and DECREED that:

1. The *Motion for Relief from Judgment Under Rule 60(b)*, received on September 9, 2020 (doc. 74), construed as successive Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255, is **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit under *Henderson v. Haro*, 282 F.3d 862, 864 (5th Cir. 2002) and *In re Epps*, 127 F.3d 364, 365 (5th Cir. 1997).

2. The Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge to all parties.

**SIGNED** this 23rd day of October , 2020.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE